ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**SPX CORPORATION, Appellant**

v.

**PENTAIR SUDMO GMBH, fka Sudmo Holding GMBH, Appellee.**

No. 2014–1716.

United States Court of Appeals, Federal Circuit.

April 8, 2015.

John T. Battaglia, Fisch Sigler LLP, Washington, DC, argued for appellant. Also represented by Alan M. Fisch, Alicia Meros Carney.

Michael A. Lavine, St. Onge Steward Johnston & Reens, LLC, Stamford, CT, argued for appellee. Also represented by Steven B. Simonis, Benjamin J. Lehberger, Wesley W. Whitmyer.

DYK, MAYER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

**John T. KING, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7087.

United States Court of Appeals, Federal Circuit.

April 8, 2015.

Karl A. Kazmierczak, Kazmierczak & Kazmierczak, LLP, Oakland, NJ, argued for claimant-appellant.

Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; David J. Barrans, Rachael Brant, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

WALLACH, TARANTO, and CHEN, Circuit Judges.